# SEALED

1   BENJAMIN B. WAGNER
    United States Attorney
2   SAMUEL WONG
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2772

**FILED**

MAY 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK



8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE APPLICATION     )     2:13-SW-0339   CKD
12  OF THE UNITED STATES OF AMERICA      )
    FOR A WARRANT AUTHORIZING THE        )     CASE NO.
13  USE, MAINTENANCE, AND                )
    INSTALLATION OF A TRACKING           )
14  DEVICE ETC. . . .                    )     **SEALING ORDER**
                                         )
15                                       )
                                         )
16  _____     )

        Upon application of the United States of America and good cause

having been shown,

        IT IS HEREBY ORDERED that the Application For A Tracking

Warrant, Supporting Affidavit, and Tracking Warrant And Order, in the

above-entitled proceeding shall be filed under seal and shall not be

disclosed to any person, except that copies of such documents in full

or redacted form may be maintained by the United States Attorney's

Office, and may be served by investigators and law enforcement

officers of United States Forest Service, BLM, the California Fish

and Game Department, and other law enforcement agencies, and other

1  government and contract personnel acting under the supervision of
2  such investigative or law enforcement officers, as necessary to
3  effectuate the warrant.

4

5  DATED:   May 17, 2013

6                                              CAROLYN K. DELANEY
7                                              UNITED STATES MAGISTRATE JUDGE

2